IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMY SMITH, JULIE ANN NITSCH, MARINA CONNER, EMILY BORCHARDT, ANGELA FIELDING, ANISHA ITUAH (BY AND THROUGH HER LEGAL GUARDIAN ANGELA MCKAY), HEATHER SIN, AND SARAH JONES, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>§§§§§§§§§§§§§§§§§§§§§§<br>PLAINTIFFS,<br><br>V.<br><br>CITY OF AUSTIN, TRAVIS COUNTY DISTRICT ATTORNEY MARGARET MOORE, FORMER TRAVIS COUNTY DISTRICT ATTORNEY ROSEMARY LEHMBERG, AUSTIN POLICE CHIEF BRIAN MANELY, FORMER AUSTIN POLICE CHIEF ART ACEVEDO, AND TRAVIS COUNTY, TEXAS,<br>DEFENDANTS. | CAUSE NO. A:18-CV-00505-LY |

## ORDER RESETTING ORAL ARGUMENT

**IT IS HEREBY ORDERED** that this cause is **reset for oral argument** on the City Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss filed September 7, 2018 (Clerk's Document No. 40); Defendants Travis County, District Attorney Margaret Moore, and Former District Attorney Rosemary Lehmberg's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint filed September 11, 2018 (Clerk's Document No. 43); Plaintiffs' Omnibus Response to Defendants' Motions to Dismiss filed October 22, 2018 (Clerk's Document No. 49); City Defendants' Reply Brief in Support of Dismissal of First Amended Class Action Complaint filed November 5, 2018 (Clerk's Document No. 53); and Defendants Travis County, District Attorney

Margaret Moore, and Former District Attorney Rosemary Lehmberg's Reply to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintifffs' First Amended Class Action Complaint filed November 5, 2018 (Clerk's Document No. 54) **at 9:30 a.m. on Monday, December 17, 2018**, in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

Each side shall have 30 minutes to argue. Defendants may reserve some of their time for rebuttal and they may divide their time as they deem appropriate.

SIGNED this _9th_ day of November, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE