IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB 10 PM 2: 12

| | |
|---|---|
| AMY SMITH, JULIE ANN NITSCH, MARINA CONNER, EMILY BORCHARDT, ANGELA FIELDING, ANISHA ITUAH (BY AND THROUGH HER LEGAL GUARDIAN ANGELA MCKAY), HEATHER SIN, AND SARAH JONES, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　PLAINTIFFS,<br><br>V.<br><br>CITY OF AUSTIN, TRAVIS COUNTY DISTRICT ATTORNEY MARGARET MOORE, FORMER TRAVIS COUNTY DISTRICT ATTORNEY ROSEMARY LEHMBERG, AUSTIN POLICE CHIEF BRIAN MANELY, FORMER AUSTIN POLICE CHIEF ART ACEVEDO, AND TRAVIS COUNTY, TEXAS,<br>　　　　　　DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　CAUSE NO.  A:18-CV-00505-LY<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is the above-styled and numbered action. By separate order the court granted in part and denied in part Defendants' motions to dismiss, which disposed of all disputes among the parties. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs bear costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this **10th** day of February, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE