IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMY SMITH, JULIE ANN NITSCH MARINA CONNER, EMILY BORCHARDT, SARAH JONES, ANGELA FIELDING, ANISHA ITUAH (By and Through her Legal Guardian, ANGELA McKAY), and HEATHER SIN, each individually and as Representatives of all others similarly Situated<br><br>v.<br><br>CITY OF AUSTIN, TRAVIS COUNTY DISTRICT ATTORNEY MARGARET MOORE, FORMER TRAVIS COUNTY DISTRICT ATTORNEY ROSEMARY LEHMBERG, AUSTIN POLICE CHIEF BRIAN MANLEY, FORMER AUSTIN POLICE CHIEF ART ACEVEDO, and TRACIS COUNTY, TEXAS | § § § § § § § § § § § § § § § § § § § § § CASE NO. 1:18-cv-505-LY |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above captioned and numbered cause, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment and Order on Defendants' Motions to Dismiss entered in this action on the 10th day of February 2020, (Doc. 75), attached hereto as Exhibit A.

Respectfully submitted,

By: */s/ Jennifer R. Ecklund*
    Jennifer R. Ecklund
    Texas Bar No. 24045626
    jecklund@thompsoncoburn.com

    Elizabeth G. Myers
    Texas Bar No. 24047767
    emyers@thompsoncoburn.com

    **THOMPSON COBURN LLP**
    1919 McKinney Avenue, Suite 100
    Dallas, Texas 75201
    Telephone: 972/629-7100
    Facsimile: 972/629-7171

## CERTIFICATE OF SERVICE

On March 10, 2020, I electronically submitted the foregoing document to the Clerk of the Court for the United States District Court for the Western District of Texas using the electronic case filing system of the Court. Notice of this filing will be sent to all counsel of record by the Court's electronic filing system.

    */s/ Elizabeth G. Myers*